Kimberlee A. Colbo
HUGHES WHITE COLBO
WILCOX & TERVOOREN, LLC
1029 West Third Avenue, Suite 110
Anchorage, Alaska 99501
Telephone: (907) 274-7522
Facsimile: (907) 263-8320
Email: kcolbo@hugheswhite.com.net

Attorneys for Defendants State Farm Mutual
    Automobile Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHAEL D. HOBSON, TERRY QUANTRILLE and JACQUELINE QUANTRILLE,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>    Defendants. | Case No. 3:16-cv-00105-TMB |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS NOW HEREBY STIPULATED and agreed by and between Plaintiffs, **MICHAEL D. HOBSON, TERRY QUANTRILLE and JACQUELINE QUANTRILLE,** and Defendant, **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**, through their respective counsel of record, that all claims in

the above-entitled action be dismissed with prejudice and without costs or attorney's fees to any of the parties, for the reason that the issues presented have been fully resolved.

                              ROGERS & WIRSCHEM LLC
                              Attorney for Plaintiff Michael Hobson

June 27, 2017                By:   s/ Cris W. Rogers (Consent)
Date                                          Cris W. Rogers
                                                ABA No. 9411121
                                                Rogers & Wirschem LLC
                                                2600 Denali Street, Suite 711-B
                                                Anchorage, AK  99503
                                                Telephone No. (907) 565-5663
                                                Facsimile No. (907) 565-5684
                                                Email:  crisrogers@mac.com

                              LAW OFFICE OF KENNETH A.
                              NORSWORTHY, Attorney for Plaintiffs
                              Terry Quantrille and Jacqueline Quantrille

June 27, 2017                By:   s/ Kenneth A. Norsworthy (Consent)
Date                                          Kenneth A. Norsworthy
                                                ABA No. 7705055
                                                Law Office of Kenneth A. Norsworthy
                                                711 H Street, Suite 410
                                                Anchorage, AK  99501
                                                Telephone No. (907)  279-1000
                                                Facsimile No. (907) 276-4125
                                                Email:  ken@norsworthylawfirm.com

                              HUGHES WHITE COLBO
                              WILCOX & TERVOOREN, LLC,
                              Attorneys for Defendant

June 27, 2016                By:   s/Kimberlee A. Colbo
Date                                          Kimberlee A. Colbo
394652                                        ABA No. 9211072

I hereby certify that a true and correct copy
of the foregoing was served via the court's
ECF system on the 27th day of June,
2017 on:

Cris W Rogers     crisrogers@mac.com

Kenneth A. Norsworthy     ken@norsworthylawfirm.com,
connie@norsworthylawfirm.com


    s/Kimberlee A. Colbo